UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

PLAZA HOME MORTGAGE, INC.,                      CIVIL ACTION NO.
                                                24-CV-08723
                Plaintiff,

  -against-

TI'NESE A. BOYD; THERESA A. BOYD; CONTOUR MORTGAGE CORP; NEW YORK CITY ENVIRONMENTAL CONTROL BOARD; NEW YORK CITY PARKING VIOLATIONS BUREAU; NEW YORK CITY TRANSIT ADJUDICATION BUREAU, "JOHN DOE #1" through "JOHN DOE #12," the last twelve names being fictitious and unknown to plaintiff, the persons or parties intended being the tenants, occupants, persons or corporations, if any, having or claiming an interest in or lien upon the premises, described in the complaint,
                Defendants.

---

## NOTICE OF VOLUNTARY DISMISSAL AS TO ALL DEFENDANTS

PLEASE TAKE NOTICE that Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff hereby gives notice that the acceleration is hereby deemed de-accelerated and has reverted back to monthly payments due and owing and the above captioned action is voluntarily dismissed, without prejudice, as against all defendants.

DATED: November 3, 2025                Robertson, Anschutz, Schneid, Crane &
                                                                   Partners, PLLC
                                                                   Attorneys for Plaintiff
                                                                   900 Merchants Concourse, Suite 310
                                                                   Westbury, NY 11590

                                                                   _____
                                                                   By: Eric Sheidlower, Esq.


